JOHN T. KEATING
Nevada Bar No. 6373
K E A T I N G LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorneys for Defendant
*Allstate Vehicle and Property
Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KAILA ROJAS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY; DOES I through X, inclusive; ROE ENTITIES XI through XX, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-02411<br><br><u>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE</u><br><br>ECF No. 17 |

IT IS HEREBY STIPULATED by and between Plaintiff KAILA ROJAS and Defendant ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, by and through their respective counsel, that Plaintiff KAILA ROJAS' action against Defendant ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY and all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

1

There has been no trial date set in this case.

DATED this 31 day of December, 2019.    DATED this 30 day of December, 2019.

KEATING LAW GROUP                        HICKS & BRASIER

_____           _____
JOHN T. KEATING                          ALISON BRASIER, ESQ.
Nevada Bar No.: 6373                     Nevada Bar No.: 10522
9130 W. Russell Road, Ste. 200           2630 South Jones Blvd.
Las Vegas NV 89148                       Las Vegas NV 89146
Attorney for Defendant                   Attorney for Plaintiff
*Allstate Vehicle and Property Insurance Kaila Rojas*
*Company*

## ORDER

Based on the parties' stipulation [ECF No. 17 and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 10, 2020

Respectfully Submitted by:

KEATING LAW GROUP

_____
JOHN T. KEATING
Nevada Bar No.: 6373
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorney for Defendant
*Allstate Vehicle and Property Insurance Company*